## IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## LITTLE ROCK DIVISION

ERCIL GATES                                                                    PLAINTIFF
#8864-08

V.                            4:08CV04208 BSM/HDY

"DOC" HOLLADAY, Sheriff, Pulaski County; RANDY
MORGAN, Chief, Pulaski County Detention Facility;
SHAWN SMITH Major, Pulaski County Detention Facility;
KELLEY PAXON, Captain, Pulaski County Detention
Facility; VEROCHIA PETERS, Captain, Pulaski County
Detention Facility; EMORY MARTIN, Lt.,
Pulaski County Detention Facility; and COMIC,
Deputy, Pulaski County Detention Facility                                      DEFENDANTS

## ORDER

      The court has reviewed the proposed findings and recommended partial disposition submitted

by United States Magistrate Judge H. David Young.  No objections have been filed.  After careful

consideration, the court concludes that the proposed findings and recommended disposition should

be, and hereby are, approved and adopted in their entirety as this court's findings in all respects.

      IT IS THEREFORE ORDERED that:

      1)   Plaintiff's claims related to his allegations of inadequate law library time, threats by jail

officials, the failure to follow procedures set forth in the jail handbook, and deductions from his

inmate trust account are dismissed for failure to state a claim under 42 U.S.C. § 1983; and

      2)   Plaintiff shall be allowed to proceed with the remainder of his claims, concerning his

conditions of confinement.  The Clerk of the Court is directed to prepare summons for the

defendants, and the United States Marshal is directed to serve a copy of the complaint (Doc. No. 2),

the partial recommended disposition (Doc. No. 5), this order, and summons on defendants without

prepayment of fees and costs or security therefore.

DATED this 3rd day of June, 2009.

_____

UNITED STATES DISTRICT JUDGE